# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# WESTERN Division

UNITED STATES OF AMERICA

V.

Damien Cosme Cisneros

JUDGMENT OF ACQUITTAL

CASE NUMBER: 3:11cr3

    The Defendant was found not guilty as to Count 1. IT IS ORDERED that the Defendant is acquitted, discharged and any bond exonerated.

_Robert J. Conrad, Jr._
Robert J. Conrad, Jr.
United States District Judge